# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHLOOD KHALIH SALAH,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**CONTRA COSTA CHILDREN AND FAMILY SERVICES (CFS), ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-00470-YGR<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 3 |

Plaintiff Khlood Khalih Sala, appearing pro se, seeks permission of the Court to file electronically. (Dkt. No. 3.) The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is **GRANTED**. Plaintiff is directed to follow the instructions on the Court's website regarding pro se litigants' registration for ECF and PACER. (*See* http://cand.uscourts.gov/ECF/proseregistration.)

In light of her pro se status, plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 4th Floor of the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland, CA.

This terminates Docket No. 3.

**IT IS SO ORDERED.**

Dated: January 30, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**