# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHLOOD KHALIH SALAH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONTRA COSTA CHILDREN AND FAMILY SERVICES, CONTRA COSTA COUNTY, JOAN MILLER, SUSAN PORTER, TANDREA THYSELL, PAMELA GAGLIANI, AND DOES I TO X,<br><br>　　　　Defendants | Case No.: 18-cv-470 YGR<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT<br><br>Dkt. No. 14 |

Plaintiff Khlood Khalih Salah having filed an amended complaint on May 4, 2018 (Dkt. No. 28), the pending Motion to Dismiss (Dkt. No. 14) filed by defendant Contra Costa County is **DENIED AS MOOT**.

This terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: May 7, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**