# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHLOOD KHALIH SALAH,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**CONTRA COSTA CHILDREN AND FAMILY SERVICES, CONTRA COSTA COUNTY, JOAN MILLER, SUSAN PORTER, TANDREA THYSELL, PAMELA GAGLIANI, AND DOES I TO X,**<br><br>　　　　Defendants | Case No.: 18-cv-470 YGR<br><br>ORDER VACATING COMPLIANCE HEARING AND STAY OF ACTION; SETTING BRIEFING SCHEDULE ON MOTION TO AMEND |

　　　　The compliance hearing currently set for Friday, December 14, 2018 is **VACATED**. The stay of this action is **VACATED**. The motion for leave to amend (Dkt. No. 63), filed by plaintiff on December 12, 2018, is **RESET** for hearing on **January 22, 2019**, at 2:00 p.m. Opposition shall be filed no later than **January 2, 2019**. Reply shall be filed no later than **January 9, 2019**.

　　　　**IT IS SO ORDERED.**

Dated: December 13, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**