# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHLOOD KHALIL SALAH,**<br>Plaintiff**,**<br>vs.<br>**CONTRA COSTA COUNTY, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-00470-YGR<br><br>**ORDER STAYING ACTION; SETTING COMPLIANCE HEARING; VACATING HEARING ON MOTION TO AMEND**<br><br>Re: Dkt. No. 63 |

In light of plaintiff's Notice of Filing of Petition for Writ of Certiorari to the United States Supreme Court in her state court proceedings (Dkt. No. 69), this action is **STAYED** and the hearing on the Motion for Leave to Amend (Dkt. No. 63) currently set for January 22, 2019, is **VACATED**. The Court notes that plaintiff's petition for certiorari raises as-applied constitutional challenges to the termination of her parental rights nearly identical to those alleged in her proposed Second Amended Complaint. Resumption of the stay is appropriate as plaintiff continues to seek review of the state court proceedings.

This matter is **Set** for a compliance hearing on **April 5, 2019**, at 9:01 a.m. in Courtroom One, U.S. District Courthouse, 1301 Clay Street, Oakland. No later than **March 30, 2019**, the parties shall file a **JOINT** status report concerning the status of the petition for writ of certiorari. If the status of the petition is determined sooner, the parties are free to file a joint statement prior to that date. If Court is satisfied with the statement, the compliance hearing will be vacated.

Should the Court find that hearing on the motion for leave to amend is necessary at a future date, once the stay is lifted, the parties will be notified.

**IT IS SO ORDERED.**

Dated: January 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**