UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHLOOD KHALIH SALAH,**<br><br>            Plaintiff**,**<br><br>    vs.<br><br>**CONTRA COSTA CHILDREN AND FAMILY SERVICES (CFS), ET AL.,**<br><br>            Defendants**.** | CASE NO.  18-cv-00470-YGR<br><br>**ORDER:**<br>• **ESTABLISHING DEADLINE TO SUBSTITUTE PLAINTIFF;**<br>• **CONDITIONALLY GRANTING REQUEST TO WITHDRAW AS COUNSEL (DKT. NO. 126);**<br>• **DENYING MOTIONS TO DISMISS AND STRIKE AS MOOT WITHOUT PREJUDICE (DKT. NOS. 101, 102, 118, 119);**<br>• **STRIKING STIPULATION (DKT. NO. 129)** |

The Court has reviewed the April 16, 2021 case status report and renewed request to withdraw filed by counsel for deceased plaintiff Salah, Quoc Pham.  (Dkt. No. 135.)  Pham initially filed a Notification of Death and Request for Temporary Stay on January 4, 2021.  (Dkt. No. 131.)  The Court granted that request and extended the stay upon request of Pham and of the father of plaintiff's minor daughter, David J. Davis.  (*See* Dkt. No. 133.)  The Court, having considered the status reports filed herein, and the pleadings and other matters in this action, **ORDERS** as follows:

**I.    DEADLINE TO SUBSTITUTE OR ELSE THE CASE WILL BE DISMISSED**

To clarify the circumstances here for all parties and affected non-parties, particularly in light of the stay, the Court now **ORDERS** that any motions to substitute in as plaintiff must be filed no later than **July 23, 2021** pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.

Potential successors and/or representatives **Ahmed S., Allyah S., and David J. Davis on behalf of minor child N.D.,** and all parties herein, **are hereby notified as follows:**

If no potential successor or representative files a motion to substitute into this action **by July 23, 2021**, **this action will be dismissed** pursuant to Rule 25(a)(1). *See* Fed. R. Civ. Pro. 25(a)(1) ("If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.")

The Court **SETS** this matter for a compliance deadline on its **July 23, 2021** calendar at **9:01 a.m.** If no motion to substitute or request for extension has been filed by that time, the case will be dismissed without further notice.

## II.   MOTION TO WITHDRAW AS COUNSEL

The motion by Pham to withdraw at Docket No. 126 is **CONDITIONALLY GRANTED** *effective upon filing proof of service of this Order* in the manner provided by Rule 4 of the Federal Rules. *See* Fed. R. Civ. Pro. 25(a)(3).

## III.   FURTHER ORDERS RE: PENDING MOTIONS

The motions to dismiss and strike, at Docket Nos. 101, 102, 118, and 119 are **DENIED AS MOOT**, without prejudice to renewal should any party substitute in for deceased plaintiff by the deadline stated above.

The stipulation at Dkt. No. 129 is **STRICKEN** based on the Court's understanding that plaintiff, prior to her death, indicated that she did not agree to the dismissal of the case described therein.

This terminates Docket Nos. 101, 102, 118, 119, 126, and 129.

**IT IS SO ORDERED.**

Dated: April 21, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**