UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHLOOD KHALIH SALAH,**<br><br>       Plaintiff,<br><br>    vs.<br><br>**CONTRA COSTA CHILDREN AND FAMILY SERVICES (CFS), ET AL.**<br><br>       Defendants. | Case No.: 4:18-cv-00470-YGR<br><br>**ORDER OF DISMISSAL** |

By Order dated September 30, 2021, the Court set a compliance deadline for November 5, 2021, indicating that the case would be dismissed without further notice if a proper motion to substitute was not filed by that time.  (Dkt. No. 149.)  To date, a proper motion to substitute has not been filed and counsel for plaintiff has since withdrawn.  Accordingly, the Court dismisses the case without prejudice.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**